**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| COLLECTANEA J. LIMITED,<br><br>                   Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>                  Defendants. | Case No. 25-cv-10975<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Laura K. McNally** |

**PLAINTIFF'S STATUS REPORT PURSUANT TO COURT ORDER [Doc. 93]**

Plaintiff Collectanea J. Limited ("Plaintiff"), by and through the undersigned counsel, hereby submits this status report pursuant to Court Order [Doc. 93]. In support, Plaintiff submits the following:

1.      On March 27, 2026, Plaintiff filed a notice of settlement with the Court as to Defendant Find-it-Fast ("Defendant") (collectively with Plaintiff, the "Parties"). [Doc. 92].

2.      On May 6, 2026, the Parties executed a written settlement agreement.

3.      The Parties now are in the process of drafting a joint stipulation of dismissal. Plaintiff will file the joint stipulation of dismissal upon approval by both parties.

Respectfully submitted on this 8th day of May, 2026.

                                   */s/ William J. Hausman*
                                   Bar No. 6353083
                                   Ford Banister LLC
                                   305 Broadway – Floor 7
                                   New York, NY 10007
                                   Telephone: 212-500-3268
                                   Email: whausman@fordbanister.com
                                   *Counsel for Plaintiff*